1

2

3

4

5

6

7

8                       United States District Court

9                     Eastern District of California

10

11

12  Michael R. Johnson,

13          Plaintiff,                No. Civ. S 05-2477 DFL PAN P

14      vs.                           Order

15  A. P. Kane, et al.,

16          Defendants.

17                               -oOo-

18      Plaintiff, an inmate without counsel, has filed a civil

19  rights action pursuant to 42 U.S.C. § 1983.

20      A civil action, other than one based on diversity

21  jurisdiction, must be brought in "(1) a judicial district where

22  any defendant resides, if all defendants reside in the same

23  State, (2) a judicial district in which a substantial part of the

24  events or omissions giving rise to the claim occurred, or a

25  substantial part of property that is the subject of the action is

26  situated, or (3) a judicial district in which any defendant may

1  be found, if there is no district in which the action may

2  otherwise be brought."  28 U.S.C. § 1391(b).

3      Here, the defendants are located and the claim arose in

4  Soledad, California which is in the Northern District of

5  California.  Therefore, in the interest of justice, this action

6  is transferred to the United States District Court for the

7  Northern District of California.  See 28 U.S.C. § 1406(a);

8  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

9      So ordered.

10     Dated: January 5, 2006.

11                                 /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
12                                  Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26